UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No.: 25-CV-06605 (SDNY)

DECLARATION OF DENISE PETRETTI (PRO SE)

I, Denise Petretti, appearing Pro se, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. The Defective Citation

1. On or about December 22, 2022, a document titled "Citation" was circulated in Surrogate's Court, File No. 2022-4059.

2. This document was never signed by a Judge, never sealed, never docketed as "Court Filed," and was never issued or served by the Surrogate's Court Clerk.

3. Because it lacked all required elements of jurisdiction, the Citation was void ab initio.

2. The Chain of Invalidity

4. Every subsequent filing and action in the Surrogate's Court proceeding depended on that void Citation.

5. As a result:

   - The Petition for Letters of Administration was invalid.

   - The Decree that followed was invalid.

   - The appointment of a Local Administrator was invalid.

6. No lawful jurisdiction ever attached at any stage.

3. Color of Law Involvement

7. The only reason these documents appeared valid was the involvement of attorney Michael Giusto.

8. Giusto drafted, reviewed, or submitted documents on behalf of other individuals (Amelia Ahne-Blume, Staci, and Jan Jericho) who lacked the legal knowledge and standing to proceed independently.

9. By doing so, Giusto gave the proceedings the false appearance of legality, despite knowing—or being required to know—that the Citation itself was defective.

10. His actions converted void paperwork into instruments of harm under color of law, in violation of my rights under the United States Constitution and 42 U.S.C. § 1983.

4. Harm and Deprivation

11. Because of this fraudulent use of process, I was:

   - Denied lawful notice and due process.

   - Deprived of my property rights and interests.

   - Subjected to unlawful eviction and dispossession under the false appearance of judicial authority.

5. Conclusion

12. The Surrogate's Court proceeding was void ab initio and cannot lawfully support any action against me.

13. No standing = no authority = no jurisdiction = void ab initio.

14. I respectfully request that the Court recognize these facts and grant appropriate relief, including restoration of my rights and protection against further harm.

"Even if my property is unlawfully taken, the record of misconduct by the defendants cannot be erased. Their actions are now part of the federal record, and this Court has both the authority and the responsibility to address them. The integrity of these proceedings depends upon it."

Executed this 28th day of August 2025, in New York, New York.

*Denise Petett* (signature)

Denise Petretti, Pro se