UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Denise Petretti,

Plaintiff,

v.

Jericho, et al.,

Defendants.

Case No. 1:25-cv-06605-VSB-VF

# EMERGENCY LETTER MOTION FOR STAY OF PROCEEDINGS AND PRESERVATION OF PROPERTY

Honorable Vernon S. Broderick

United States District Judge

Southern District of New York

40 Foley Square, Courtroom 518

New York, NY 10007

Dear Judge Broderick:

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Your Honor's Individual Practices concerning emergency matters, Plaintiff respectfully submits this letter motion for immediate relief.

Plaintiff seeks an emergency stay of proceedings and an order preserving possession of Apartment 2B, 255 West 108th Street, New York, New York, together with all personal property contained therein.

This matter is urgent because:

1. Plaintiff was dispossessed of her home on August 4, 2025, based on a proceeding initiated without lawful standing or authority.
2. The Public Administrator has failed to produce valid Letters of Administration or any proof of authority, despite repeated written demands and deadlines. The only "letters" presented bear only a clerk's signature, lack judicial signature, and contain no docket authentication.
3. Both the Co-op Board and managing agent Douglas Elliman have disclaimed having any authority. No party has established jurisdiction to hold or dispose of Plaintiff's property.
4. Winter months are approaching, and Plaintiff has been forced to incur additional living and clothing expenses daily. The harm is irreparable and ongoing.

Plaintiff has filed a full motion, entitled "Plaintiff's Motion for Stay of Proceedings and Preservation of Property," together with exhibits, which sets forth the legal basis in detail.

For these reasons, Plaintiff respectfully requests that the Court:

- Grant an immediate stay of proceedings;
- Order that all property within Apartment 2B be preserved and safeguarded; and
- Provide such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 19th, 2025

New York, New York

*Denise Petretti*

Denise Petretti

Pro Se Plaintiff

255 W. 108 Street, Apt. 2B

New York, NY 10025

917 628-6097

pet800@yahoo.com