

KEVIN G. FALEY
ANDREA M. ALONSO □
KENNETH E. PITCOFF
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE □
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI □
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE □
CRISTINA SOLLER
AMANDA M. ZEFI □
LAWTON W. SQUIRES
ROBERT E. O'CONNOR
CHRISTOPHER M. ROGERS
DAWN C. FAILLACE-DILLON
JUSTIN E. ANGELINO
GEORGE APRILAKIS
CHARLES M. KERR
ROBERT S. WHITBECK

SAMAN ASLAM
ROBERT J. BARD
MEGAN K. BERNARDO
TESLA CARRASQUILLO
LAUREN CASPARIE
JOAN M. COCHA □
NATALIE CORRISS
JOSH CORTAVARRIA
MICHAEL A. CZOLACZ
NAOMI DANIELS
ARDINEZ A. DOMGJONI □
ARIANNA EFSTATHIOU
PATRICK FINLEY
VINCENT D. FINNEGAN
FRANK H. FOSTER
IRA E. GOLDSTEIN
ELIZABETH A. GRIFFIN
MICHAEL HARTMAN
OLIVIA R. HELLERICH □
MARITANNA ISAKOV
CHARLOTTE KAYSEN
ROBERT MAROTTA
RORY MCMANUS

CHRISTOPHER NAHAS
GREGORY S. NELSON
BRIAN R. O'CONNOR
MARISSA PADOVANO
ANTHONY PALMIOTTO
TAMAR S. PELTZ
PATRICK PRAGER
TIMOTHY PRYOR
ROBERT J. REILLY
DANIELLE J. REISS+
TATIANA SAMSONOVA-BELLO
YEKATERINA SAPSON □
STEPHEN L. SCHIOPPI
DAVINDERPAL SINGH
RICHARD E. STIEK □
GARY M. SUNSHINE
INNA V. TERES
VIKTORIYA UKHOVA
MICHAEL A. VICARIO^
SAMUEL VODOPIA
BRIANNA WEPPLER
MICHAEL ZAITZ

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

NASSAU
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

SUFFOLK
ONE HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

GREENE
11 WHISPER CREEK DRIVE
WINDHAM, NY 12496

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

□ ADMITTED IN NY AND NJ
* ADMITTED IN NJ
» ADMITTED IN NY AND PA
+ ADMITTED IN NY, NJ AND PA

OF COUNSEL
JOHN J. DUFFY (1925-2023)
MICHAEL B. TITOWSKY

September 19, 2025

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

BroderickNYSDchambers@nysd.uscourts.gov

Dear Judge Broderick:

  By way of introduction, the law firm of Morris Duffy Alonso Faley & Pitcoff has recently been retained to represent defendants Amelia Ahne Blume, Jan Jericho, Marcella Baum, Paul Mazzacano, Diana Erbsen, and Michael Manzi in the above referenced litigation.

  It is my understanding that the instant lawsuit had been commenced by pro se plaintiff Denise Petretti with regard to a complaint she filed with the Court on August 11, 2025 (Doc 1). It is my understanding that in addition to filing the complaint, plaintiff Ms. Petretti also filed an ex parte motion seeking a Temporary Restraining Order, seeking to restore plaintiff to her former residence or stay enforcement of an eviction and removal of property (Doc 3, TRO motion).

In a decision dated August 14, 2025 (Doc 6), Your Honor denied plaintiff's motion for the temporary restraining order but also directed the Clerk of the Court to issue summonses as to the named defendants and directed plaintiff to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. At this time, I have been able to speak to some but not all of my clients (as two of them are out of the country, although are expected to return within the next seven days).

As my law firm was just retained on September 11, 2025 and we are in the process of reviewing the pacer documents filed with regard to this matter and speaking with our clients in order to properly ascertain whether they were properly served with the summons and complaint, ***I am respectfully requesting an extension of time to Answer or otherwise appear in this action on behalf of my clients***. It is my understanding from a review of plaintiff's complaint (Doc 1), that plaintiff claims that this case arises from a deprivation of her home and personal property as a result of a purported "invalid" New York State Surrogate Court citation. Plaintiff claims to bring this action pursuant to 42 USC section 1983 and the 14th Amendment to the United States Constitution to address the "alleged" unlawful deprivation of her property and "alleged" denial of due process... which plaintiff claims all emanated as a result of improper reliance on an "invalid" New York State Surrogate Court filing.

It is respectfully submitted that plaintiff's complaint was filed with this court on August 11, 2025; although it is unknown to me at the present time whether plaintiff ***properly served*** the ***summons*** and complaint following Your Honor's August 14, 2025 decision. Accordingly, I am unsure, at the present time as to the timeframe for any Answers or other means of appearing to be served or filed.

This is the ***first request*** seeking an Extension of Time to Answer or otherwise appear on behalf of my clients. As of this writing, I have not had any communication with the pro se plaintiff prior to this letter to Your Honor.

Respectfully submitted,

Allyson Lubell

Cc:

Denise Petretti
Pro Se plaintiff
Pet800@yahoo.com

After this letter was filed, Plaintiff filed five affirmations of service on the docket, reflecting that Defendants Jan Jericho, Diana Erbsen, Michael Manzi, Paul Mazzacano, and Sylvia P. Tsai were served, with answers due between September 24 and September 26, 2025. The deadline for all served Defendants to answer the complaint is hereby extended to October 15, 2025.

Dated: September 24, 2025

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE