# **EXHIBIT A**

**SURROGATE'S COURT**
New York County Index No. 2022-4059
Administration Proceeding, Estate of Marie Petretti

Petition for Letters of Administration – P. 1
Affirmation of Attorney Michael J. Giusto (July 14, 2022) – P. 8
Fourteen-Day Demand Notice to Tenant – P. 11
Cooperative Building Ledger – P. 13
Citation – P. 15
Affidavit of Service of Citation for Denise Grabarnick – P. 16
Notice to Cited parties – P. 17
Decree Appointing Administrator – P. 18
Affirmation of Attorney Michael J. Giusto (February 1, 2023) – P. 19

**IIIII** New York State Surrogate's Court
**NYSBA** New York State Bar Association Official OCA Forms

Form A-1
Petition for Letters of Administration

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF _____ **NEW YORK** _____

| | |
|---|---|
| Filing Fee Paid $ | 1,250.00 |
| Certificates Paid $ | |
| Trustee Certs. Paid $ | |
| Prelim. Certs. Paid $ | |
| $_____ Bond, Fee: $ | |
| Receipt No.: | No.: |

ADMINISTRATION PROCEEDING, ESTATE OF

**MARIE PETRETTI**

a/k/a

Deceased.

**PETITION FOR LETTERS OF:**

☒ Administration

☐ Limited Administration

☐ Administration with Limitations

☐ Temporary Administration

File No. _____

TO THE SURROGATE'S COURT, COUNTY OF _____ **NEW YORK** _____

It is respectfully alleged:

1. The name, domicile and interest in this proceeding of the petitioner, who is of full age, is as follows:

**Petitioner Information:**

| Name | Citizenship |
|---|---|
| 255 West 108th Street Corp. | United States |

| Domicile Address: Street and Number | | | |
|---|---|---|---|
| c/o Douglas Elliman Property Management, 675 Third Avenue | | | |

| City, Village or Town | State | ZIP Code | Country |
|---|---|---|---|
| New York | New York | 10017 | United States |

| County | Telephone | | |
|---|---|---|---|
| New York | (212) 692-6156 | | |

Mailing Address: Street and Number *(if different from domicile)*

| City, Village or Town | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

Interest: (*Check One*)    ☐ Distributee          ☒ Other **Creditor of Decedent**

Is proposed Administrator an attorney?  ☐ Yes  ☒ No   [If yes, submit statement pursuant to 22 NYCRR 207.16(e); see also 207.52 (Accounting of attorney-fiduciary).]

The proposed Administrator   ☐ is  ☒ is not   a convicted felon nor is he/she otherwise ineligible, pursuant to SCPA 707 to receive letters. If the proposed Administrator is a convicted felon, submit a copy of the Certificate of Relief from Civil Disabilities.

2. The name, domicile, date and place of death, and national citizenship of the above-named decedent are as follows:

**Decedent Information:**

| Name | | | | Citizenship |
|---|---|---|---|---|
| **Marie Petretti** | | | | **United States** |
| Domicile Address: Street and Number | | | | |
| **655 Palisade Avenue** | | | | |
| City, Village or Town | State/Province | ZIP Code | | Country |
| **Bridgeport** | **Connecticut** | **06610** | | **United States** |
| County | Date of Death | Place of Death | | |
| **Fairfield** | **March 14, 2018** | **Bridgeport Hospital, Bridgeport, Fairfield County, Connecticut** | | |

**The Death Certificate must be filed with this proceeding.** If the decedent's domicile is different from that shown on the death certificate, check box ☐ and attach an affidavit explaining the reason for this inconsistency.

3. The estimated gross value of: *[Do not include any assets that are jointly held in trust for another, or have a named beneficiary.]*

| | | | |
|---|---|---|---|
| (a) The decedent's personal property passing by intestacy is less than | | $ | 500,000.00 |
| (b) The decedent's real property, in this state, which is | | | |
| Improved, passing by intestacy, is less than | $ 500,000.00 | | |
| Description of each parcel:<br>**Tenant in common in property located at 1017 39th Street, Brooklyn, New York.** | | | |
| Unimproved, passing by intestacy, is less than | $ 0.00 | | |
| Description of each parcel: | | | |
| | | $ | 500,000.00 |
| Total | | $ | 1,000,000.00 |
| (c) The estimated gross rent for a period of eighteen (18) months is the sum of | | $ | 25,000.00 |

(d) In addition to the value of the personal property stated in paragraph (3) the following right of action existed on behalf of the decedent and survived his/her death, or is granted to the administrator of the decedent by special provision of law, and it is impractical to give a bond sufficient to cover the probable amount to be recovered therein: *[Briefly state the cause of action and the person against whom it exists, including names and carrier.]*  ☒ None

(e) If decedent is survived by a spouse and a parent, or parents but no issue, and there is a claim for wrongful death, check here ☐ and furnish name(s) and address(es) of parent(s) in Paragraph 7. *[See EPTL 5-4.4.]*

4. A diligent search and inquiry, including a search of any safe deposit box, has been made for a will of the decedent and none has been found. Petitioner(s) has/have been unable to obtain any information concerning any will of the decedent and therefore allege(s), upon information and belief, that the decedent died without leaving any last will.

5. A search of the records of this Court shows that no application has ever been made for letters of administration upon the estate of the decedent or for the probate of a will of the decedent, and your petitioner is informed and verily believes that no such application ever has been made to the Surrogate's Court of any other county of this state.

6. The decedent left surviving the following who would inherit his/her estate pursuant to EPTL 4-1.1 and 4-1.2: *[Information is required only as to those classes of surviving relatives who would take the property of decedent pursuant to EPTL 4-1.1. State "number" of survivors in each class. Insert "No" in all prior classes. Insert "X" in all subsequent classes.]*

a.  NO   Spouse (husband/wife).

b.  2   Child or children or descendants of predeceased child or children. *[Must include marital, nonmarital, and adopted.]*

c.  X   Any issue of the decedent adopted by persons related to the decedent (DRL Section 117).

d.  X   Mother/Father.

e.  X   Sisters or brothers, either of whole or half blood, and issue of predeceased sisters or brothers.

f.  X   Grandmother/Grandfather.

g.  X   Aunts or uncles, and children of predeceased aunts or uncles (first cousins).

h.  X   First cousins once removed (children of first cousins).

7. The decedent left surviving the following distributees, or other necessary parties, whose names, degrees of relationship, domiciles, post office addresses and citizenship are as follows: *[Show clearly how each person is related to decedent. If relationship is through an ancestor who is deceased, give name, date of death and relationship of the ancestor to the decedent. See Uniform Rules 207.16(b). If person is a nonmarital person, or descended from a nonmarital person, attach a copy of the order of filiation or Schedule A. If person was adopted by any persons related by blood or marriage to decedent or descended from such persons, attach Schedule B.]*

7. (a) The following are of full age and under no disability:

☐ Schedule A — Nonmarital Persons (Persons Born Out of Wedlock) is Attached

☐ Schedule B — Issue of the Decedent Who Were the Subject of an Adoption is Attached

| Name | | | Citizenship |
|---|---|---|---|
| **Denise Grabarnick** | | | **United States** |
| Domicile Address: Street and Number | | | |
| **360 Central Park West, Unit 16-D** | | | |
| City, Village or Town | State | ZIP Code | Country |
| **New York** | **New York** | **10025** | **United States** |
| Mailing Address: Street and Number | | | |
| | | | |
| City, Village or Town | State | ZIP Code | Country |
| | | | |
| Relationship | | | |
| **Daughter/Distributee** | | | |
| Name | | | Citizenship |
| **Ernest Petretti** | | | **United States** |
| Domicile Address: Street and Number | | | |
| **445 41st Street** | | | |
| City, Village or Town | State | ZIP Code | Country |
| **Brooklyn** | **New York** | **11232** | **United States** |
| Mailing Address: Street and Number | | | |
| | | | |
| City, Village or Town | State | ZIP Code | Country |
| | | | |
| Relationship | | | |
| **Son/Distributee** | | | |
| Name | | | Citizenship |
| **Public Adminstrator of New York County** | | | **United States** |
| Domicile Address: Street and Number | | | |
| **31 Chambers Street, Room 311** | | | |
| City, Village or Town | State | ZIP Code | Country |
| **New York** | **New York** | **10007** | **United States** |
| Mailing Address: Street and Number | | | |
| | | | |
| City, Village or Town | State | ZIP Code | Country |
| | | | |
| Relationship | | | |
| **Public Administrator** | | | |
| Name | | | Citizenship |
| | | | |
| Domicile Address: Street and Number | | | |
| | | | |
| City, Village or Town | State | ZIP Code | Country |
| | | | |
| Mailing Address: Street and Number | | | |
| | | | |
| City, Village or Town | State | ZIP Code | Country |
| | | | |
| Relationship | | | |

Continued on next page.

4

7. (b) The following are infants and/or other persons under disability:

☐ Schedule A — Nonmarital Persons (Persons Born Out of Wedlock) is Attached

☐ Schedule B — Issue of the Decedent Who Were the Subject of an Adoption is Attached

☐ Schedule C — Infants is Attached

☐ Schedule D — Persons Under Disability Other than Infants is Attached

| Name | | | Citizenship | |
|---|---|---|---|---|
| Domicile Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Mailing Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Relationship | | | | |
| Name | | | Citizenship | |
| Domicile Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Mailing Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Relationship | | | | |
| Name | | | Citizenship | |
| Domicile Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Mailing Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Relationship | | | | |
| Name | | | Citizenship | |
| Domicile Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Mailing Address: Street and Number | | | | |
| City, Village or Town | State | ZIP Code | Country | |
| Relationship | | | | |



8. There are no outstanding debts or funeral expenses, except:  ☐ None
**Maintenance fees, late fees, and associated charges, due to 255 W. 108th Street Corp, in the amount of $46,414.42 through July 1, 2022, with maintenance continuing to accrue at a rate of $1,319.28/month**
9. There are no other persons interested in this proceeding other than those hereinbefore mentioned.

WHEREFORE, your petitioner respectfully prays that:

☒a. Process issue to all necessary parties to show cause why letters should not be issued as requested;

☐b. An order be granted dispensing with service of process upon those persons named in Paragraph (7) who have a right to letters prior or equal to that of the person nominated, and who are nondomiciliaries or whose names or whereabouts are unknown and cannot be ascertained;

☒c. A decree award Letters of:

  ☒ Administration to  **to the Public Adminstrator of New York County** _____

  ☐ Limited Administration to _____

  ☐ Administration with Limitation to _____

  ☐ Temporary Administration to _____

  or other such person or persons having prior right as be entitled thereto, and;

☐d. That the authority of the representative under the foregoing Letters be limited with respect to the prosecution or enforcement of a cause of action on behalf of the estate, as follows: the administrator(s) may not enforce a judgment or receive any funds without further order of the Surrogate.

☐e. That the authority of the representative under the foregoing Letters be limited as follows:


☐f.  Further relief sought (if any):



Dated: ___July 14, 2022_____


_____          _____
Signature of Petitioner                         Signature of Petitioner

_____          _____
Print Name                                      Print Name

255 West 108th Street Corp.
_____
Name of Corporate Petitioner                    _____
By _____          Signature of Petitioner
Signature
Amelia Ahne-Blume
_____          _____
Print Name                                      Print Name
Assistant Secretary
_____          _____
Title                                           Print Name

# VERIFICATION

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

       Amelia Ahme-Blume, being duly sworn, deposes and says:

       1.     I am the Assistant Secretary of 255 West 108th Street Corp., the corporation named in and described in the foregoing Petition.

       2.     I have read the foregoing Petition and know the contents thereof, and that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Amelia Ahme-Blume

Sworn to before me this
_13_ day of July, 2022

Notary Public

ELLY CHRISTINA PATERAS
Notary Public, State of New York
No. 01PA5084195
Qualified in Westchester County
Commission Expires Sept. 2, 2025

7

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X

Administration Proceeding

        Estate of Marie Petretti,

                    Deceased.
----------------------------------------------------------------X

File No.

**AFFIRMATION**

      I, Michael J. Giusto, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following, under penalty of perjury:

      1.     I am of counsel to The Freyberg Law Group, counsel for Petitioner 255 W 108th Street Corp. ("Petitioner") and make this affirmation in support of the petition to have the Public Administrator appointed to administer the Estate of Marie Petretti ("Decedent").

      2.     Petitioner is interested in the Estate of Decedent as it is a real estate cooperative corporation in which Decedent owned shares and held a Proprietary Lease for Unit 2B (the "Unit") which is owed certain unpaid maintenance charges, late fees, and counsel fees. Attached as Exhibit "A" is a copy of the 14-day notice (the "Notice") previously issued to Decedent. A current ledger is attached as Exhibit "B."

      3.     The Unit is also presently occupied by an unapproved subtenant in violation of the Decedent's proprietary lease. It is unknown whether, or to whom, said occupant is paying rent, but he has ignored Petitioner's demand that such rent be paid directly to Petitioner. A representative of the Decedent's Estate is required in order for Petitioner to address the unpaid fees and unapproved occupant.

      4.     In response to the Notice, your Affirmant was contacted by Denise Grabarnick (nee Petretti) on September 7, 2021, who indicated that the Decedent had died without a Will, that she would be handling the Estate but had not submitted an



application to be appointed as Estate representative, and indicated that she was in communication with counsel about possible representation with regard to the Estate. Ms. Grabarnick further acknowledged and agreed to pay the Decedent's obligations to Petitioner, and that.

5.    Ms. Grabarnick thereafter ceased all communication with your Affirmant and refused to provide any additional information regarding the Decedent's death.

6.    Your Affirmant contacted the attorney whom Ms. Grabarnick had referenced as possible counsel for the Estate, which counsel stated that he was not, had not, and would not be representing Ms. Grabarnick, including with regard to the Estate of the Decedent.

7.    Your Affirmant located a Deed for certain Brooklyn real property which identified the Decedent's late spouse and children (including Ms. Grabarnick) (the "Brooklyn Deed", Exhibit "C").

8.    Your Affirmant submitted a request to the New York City Bureau of Vital Statistics for the Decedent's death certificate, but was informed that the Decedent did not die within New York City.

9.    Your Affirmant utilized Ancestry.com and findagrave.com databases to determine that Ms. Petretti had been buried at Calverton National Cemetery in Suffolk County. I submitted a Freedom of Information request to the United States Department of Veterans Affairs, which provided additional information regarding the Decedent's death, including the name of the funeral home where the Decedent was received prior to her burial, Heritage Funeral Home in Peekskill, New York.

10.     The Funeral Home Director, who provided a copy of the Decedent's death certificate, as well as the name and information of the Decedent's distributees (Denise Grabarnick and Ernest Petretti, Jr.).

11.     I also separately confirmed that the third child referenced in the Brooklyn Deed, Cheryl Petretti, had predeceased the Decedent, having died on November 7, 2013. (See Exhibit "D.")  Her obituary mentions no surviving children.

12.     Venue for this proceeding is proper pursuant to SCPA § 206(1), as Decedent died as a domiciliary of Connecticut and left property, the Unit, in New York County.

13.     A search of Court records shows no application has been submitted related to Decedent's estate.

Dated:    New York, New York
          July 14, 2022

                                        __/s/ Michael J. Giusto_____
                                        Michael J. Giusto

I O

Exhbit "A"

**14-DAY DEMAND NOTICE TO TENANT**

To:    Ms. Marie Petretti
       255 West 108th Street
       Unit 2B
       New York, New York 10025

Re:    Landlord:  255 West 108th Street Corp.
       Premises:  255 West 108th Street, Unit 2B, New York, New York
       Monthly Base Rent:  $1,280.85

PLEASE TAKE NOTICE, that you are required to pay to the undersigned on or before September 10, 2021, being at least fourteen (14) days from the service of this notice upon you, the sum of $14,381.20, which amount represents outstanding base rent and other charges as set forth on the attached ledger for the premises known as, and located at 255 West 108th Street, Unit 2B, New York, New York occupied by you as a residential tenant and of which the undersigned is the Landlord, or in the alternative, you are hereby required to deliver possession of said premises to the undersigned.  In the event that you default in either of the foregoing, the Landlord will seek to terminate your lease and commence summary proceedings pursuant to statute to recover possession of the above-referenced premises.

PLEASE TAKE FURTHER NOTICE, that pursuant to your Lease Agreement, you may be liable for any and all costs and fees, including legal fees incurred by the Landlord, based upon your default in the payment of rent and any and all costs and fees, including legal fees incurred by the Landlord, in commencing a proceeding for the non-payment of rent in an amount to be determined by the Court, but not less than $1,000.00.  You may also be held liable for such arrears as accrue during the pendency of the proceeding to be commenced upon your failure to pay and such other costs, expenses, attorneys' fees

l l

## Exhbit "A"

and additional rents as may apply pursuant to the terms of the Lease Agreement between

the parties.   The Landlord shall seek to amend the Petition at the time of trial to reflect

such additional sums.

Dated: New York, New York
       August 9, 2021                              255 West 108th Street Corp.

                                                   _____
                                                   Landlord/Owner

Attorneys for Landlord:
The Freyberg Law Group
950 Third Avenue, Suite 3200
New York, New York 10022

1 2

Exhibit "B"



**LEDGER**    **Date**    07/06/2022

| | | | | | |
|---|---|---|---|---|---|
| Marie Petretti | **Owner** | 15200126 | **Property** | 1520 | |
| UNIT 2B | **Status** | Current | | 255 WEST 108TH ST CO... | |
| 255 West 108th Street | **From** | 01/01/1995 | **Total Fees** | 1,319.28 | |
| New York NY 10025 | **To** | | **Deposit** | 0.00 | |
| United States | **Office** | (203) 332-0224 | **Home** | | |
| | **Legal** | | | | |

**From** All   **Age As Of** _____ **To** 07/06/2022   Correspondence

| Date | Description | Unit | Charges | Payments | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 05/16/2005 | latef-LATE FEE-10TH OF THE MONTH | 2B | 35.65 | | 35.65 | C-117066 |
| 08/15/2005 | latef-LATE FEE ( for 10th of August @5%) | 2B | 35.65 | | 71.30 | C-117067 |
| 11/15/2005 | latef-LATE FEE-10TH OF THE MONTH | 2B | 35.65 | | 106.95 | C-117068 |
| 01/17/2006 | latef-LATE FEE-10TH OF THE MONTH | 2B | 36.45 | | 143.40 | C-117069 |
| 02/15/2006 | latef-LATE FEE-10TH OF THE MONTH | 2B | 36.45 | | 179.85 | C-117070 |
| 03/15/2006 | latef-LATE FEE-10TH OF THE MONTH | 2B | 38.06 | | 217.91 | C-117071 |
| 06/16/2006 | latef-LATE FEE-10th of the month | 2B | 38.86 | | 256.77 | C-117072 |
| 07/17/2006 | latef-LATE FEE-10TH OF THE MONTH | 2B | 36.46 | | 293.23 | C-117073 |
| 08/15/2006 | latef-LATE FEE 10th of Month | 2B | 38.85 | | 332.08 | C-117074 |
| 09/19/2006 | latef-LATE FEE (10TH OF THE MONTH) | 2B | 36.45 | | 368.53 | C-117075 |
| 10/16/2006 | latef-LATE FEE-10TH OF THE MONTH | 2B | 38.86 | | 407.39 | C-117076 |
| 11/15/2006 | latef-LATE FEE-10th of the month | 2B | 36.46 | | 443.85 | C-117077 |
| 12/18/2006 | latef-LATE FEE-10TH OF THE MONTH. | 2B | 36.46 | | 480.31 | C-117078 |
| 01/17/2007 | latef-LATE FEE-10th of the month | 2B | 36.46 | | 516.77 | C-117079 |
| 02/15/2007 | latef-LATE FEE 10TH OF MONTH | 2B | 25.00 | | 541.77 | C-117080 |
| 04/16/2007 | latef-LATE FEE 10TH OF MONTH | 2B | 36.45 | | 578.22 | C-117081 |
| 05/15/2007 | latef-LATE FEE (10TH OF THE MONTH) | 2B | 36.45 | | 614.67 | C-117082 |
| 06/15/2007 | latef-LATE FEE (10TH OF THE MONTH) | 2B | 36.45 | | 651.12 | C-117083 |
| 07/16/2007 | latef-LATE FEE (10TH OF MONTH) | 2B | 36.45 | | 687.57 | C-117084 |
| 08/15/2007 | latef-LATE FEE (10TH OF THE MONTH) | 2B | 36.45 | | 724.02 | C-117085 |
| 09/14/2007 | latef-LATE FEE ( 10th of month) | 2B | 36.45 | | 760.47 | C-117086 |
| 10/15/2007 | latef-LATE FEE ( 10TH OF THE MONTH) | 2B | 36.45 | | 796.92 | C-117087 |
| 11/15/2007 | latef-LATE FEE ( 10TH MONTH) | 2B | 39.84 | | 836.76 | C-117088 |
| 03/18/2008 | latef-LATE FEE ( 10TH OF THE MONTH) | 2B | 83.55 | | 920.31 | C-117089 |
| 04/15/2008 | latef-LATE FEE ( 10TH OF THE MONTH) | 2B | 43.52 | | 963.83 | C-117090 |
| 05/19/2008 | latef-LATE FEE ( 10TH ON THE MONTH) | 2B | 45.29 | | 1,009.12 | C-117091 |
| 06/17/2008 | latef-LATE FEE ( 10TH OF THE MONTH ) | 2B | 83.51 | | 1,092.63 | C-117092 |
| 06/19/2009 | latef-LATE FEE ( 10TH OF THE MONTH ) | 2B | 16.57 | | 1,109.20 | C-117093 |
| 06/01/2019 | asmopr-ASSESSMENT | | 763.06 | | 1,872.26 | C-117094 |
| 10/16/2019 | intchrg-INTEREST CHARGE Interest late fee for 10/2019 @10th | | 38.16 | | 1,910.42 | C-117095 |
| 01/01/2020 | maint-MAINTENANCE | 2B | 1,225.69 | | 3,136.11 | C-117096 |
| 01/10/2020 | Chk# 0261 - :CHECKscan Payment | | | 1,207.60 | 1,928.51 | R-91674 |
| 01/15/2020 | latef-Late fee for 01/2020 @10th | 2B | 38.16 | | 1,966.67 | C-217141 |
| 02/01/2020 | maint-MAINTENANCE (02/2020) | 2B | 1,225.69 | | 3,192.36 | C-280889 |
| 03/01/2020 | maint-MAINTENANCE (03/2020) | 2B | 1,225.69 | | 4,418.05 | C-367472 |
| 04/01/2020 | maint-MAINTENANCE (04/2020) | 2B | 1,225.69 | | 5,643.74 | C-488714 |
| 05/01/2020 | maint-MAINTENANCE (05/2020) | 2B | 1,225.69 | | 6,869.43 | C-584020 |
| 06/01/2020 | maint-MAINTENANCE (06/2020) | 2B | 1,225.69 | | 8,095.12 | C-686277 |
| 06/01/2020 | assretx-ASSESSMENT - R/E TAX (06/2020) | 2B | 1,406.00 | | 9,501.12 | C-686278 |
| 07/01/2020 | maint-MAINTENANCE (07/2020) | 2B | 1,225.69 | | 10,726.81 | C-862640 |
| 07/20/2020 | Chk# 0279 - :CHECKscan Payment NSFed by ctrl# 465599 insufficient funds | | | 5,000.00 | 5,726.81 | R-447607 |
| 07/20/2020 | Chk# 0278 - :CHECKscan Payment NSFed by ctrl# 465600 Insufficient funds | | | 5,000.00 | 726.81 | R-447608 |
| 07/30/2020 | Chk# 0279 - NSF receipt Ctrl# 447607 insufficient funds | | (5,000.00) | | 5,726.81 | R-465599 |
| 07/30/2020 | Chk# 0278 - NSF receipt Ctrl# 447608 Insufficient funds | | (5,000.00) | | 10,726.81 | R-465600 |
| 08/01/2020 | maint-MAINTENANCE (08/2020) | 2B | 1,225.69 | | 11,952.50 | C-969638 |
| 09/01/2020 | maint-MAINTENANCE (09/2020) | 2B | 1,225.69 | | 13,178.19 | C-1022094 |
| 10/01/2020 | maint-MAINTENANCE (10/2020) | 2B | 1,225.69 | | 14,403.88 | C-1141606 |
| 10/09/2020 | 283_73471495 - https://www.clickpay.com/viewcheck.aspx?tid=L201008_BN8BD1 | | | 5,000.00 | 9,403.88 | R-594478 |
| 10/09/2020 | 282_73471496 - https://www.clickpay.com/viewcheck.aspx?tid=L201008_OA4RS4 | | | 5,000.00 | 4,403.88 | R-594479 |

13

Exhibit "B"

| Date | Description | | Amount | | Balance | Ref |
|------|-------------|---|--------|---|---------|-----|
| 10/09/2020 | 281_73471497 - https://www.clickpay.com/viewcheck.aspx?tid=L201008_EW8PY8 | | | 5,000.00 (596.12) | | R-594480 |
| 11/01/2020 | maint-MAINTENANCE (11/2020) | 2B | 1,225.69 | | 629.57 | C-1260675 |
| 12/01/2020 | maint-MAINTENANCE (12/2020) | 2B | 1,225.69 | | 1,855.26 | C-1324336 |
| 01/01/2021 | maint-MAINTENANCE (01/2021) | 2B | 1,280.85 | | 3,136.11 | C-1455514 |
| 02/01/2021 | maint-MAINTENANCE (02/2021) | 2B | 1,280.85 | | 4,416.96 | C-1530385 |
| 03/01/2021 | maint-MAINTENANCE (03/2021) | 2B | 1,280.85 | | 5,697.81 | C-1669614 |
| 04/01/2021 | maint-MAINTENANCE (04/2021) | 2B | 1,280.85 | | 6,978.66 | C-1739212 |
| 05/01/2021 | maint-MAINTENANCE (05/2021) | 2B | 1,280.85 | | 8,259.51 | C-1813772 |
| 06/01/2021 | maint-MAINTENANCE (06/2021) | 2B | 1,280.85 | | 9,540.36 | C-1925779 |
| 06/01/2021 | assretx-ASSESSMENT - R/E TAX (06/2021) | 2B | 1,490.58 | | 11,030.94 | C-1925781 |
| 07/01/2021 | legal-Legal correspondence | 2B | 247.50 | | 11,278.44 | C-2005222 |
| 07/01/2021 | maint-MAINTENANCE (07/2021) | 2B | 1,280.85 | | 12,559.29 | C-2060223 |
| 07/13/2021 | intchrg-INTEREST CHARGE Interest late fee for 07/2021 @10th | 2B | 541.06 | | 13,100.35 | C-2103234 |
| 08/01/2021 | maint-MAINTENANCE (08/2021) | 2B | 1,280.85 | | 14,381.20 | C-2141605 |
| 09/01/2021 | maint-MAINTENANCE (09/2021) | 2B | 1,280.85 | | 15,662.05 | C-2248045 |
| 09/14/2021 | latef-Late Fee For 09/2021 @10th | 2B | 669.14 | | 16,331.19 | C-2285066 |
| 10/01/2021 | maint-MAINTENANCE (10/2021) | 2B | 1,280.85 | | 17,612.04 | C-2326659 |
| 11/01/2021 | maint-MAINTENANCE (11/2021) | 2B | 1,280.85 | | 18,892.89 | C-2409376 |
| 11/16/2021 | intchrg-INTEREST CHARGE Interest late fee for 11/2021 @10th | 2B | 797.23 | | 19,690.12 | C-2468570 |
| 12/01/2021 | legal-LEGAL The Freyberg Law Group Invoice #1520-10082021 | 2B | 616.50 | | 20,306.62 | C-2405048 |
| 12/01/2021 | maint-MAINTENANCE (12/2021) | 2B | 1,280.85 | | 21,587.47 | C-2483890 |
| 12/17/2021 | intchrg-INTEREST CHARGE Interest Late fee for 12/2021 @10th | 2B | 861.27 | | 22,448.74 | C-2579131 |
| 01/01/2022 | maint-MAINTENANCE (01/2022) | 2B | 1,319.28 | | 23,768.02 | C-2630983 |
| 01/19/2022 | intchrg-INTEREST CHARGE Interest late fee for 01/2022 @10th | 2B | 927.23 | | 24,695.25 | C-2663124 |
| 02/01/2022 | legal-LEGAL Freyberg Law Group #1520-120521 | 2B | 148.50 | | 24,843.75 | C-2637539 |
| 02/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #25.12/2021.2B | 2B | 711.09 | | 25,554.84 | C-2642985 |
| 02/01/2022 | maint-MAINTENANCE (02/2022) | 2B | 1,319.28 | | 26,874.12 | C-2673686 |
| 03/01/2022 | maint-MAINTENANCE (03/2022) | 2B | 1,319.28 | | 28,193.40 | C-2762442 |
| 03/14/2022 | intchrg-INTEREST CHARGE Interest late fee for 03/2022 @10th | 2B | 1,059.16 | | 29,252.56 | C-2822374 |
| 04/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #1520-021022 | 2B | 2,468.42 | | 31,720.98 | C-2812798 |
| 04/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #255.3/2022.2B | 2B | 247.50 | | 31,968.48 | C-2821025 |
| 04/01/2022 | maint-MAINTENANCE (04/2022) | 2B | 1,319.28 | | 33,287.76 | C-2832793 |
| 04/12/2022 | intchrg-INTEREST CHARGE Interest late fee for 04/2022 @10th | 2B | 1,125.12 | | 34,412.88 | C-2913081 |
| 05/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #1520-111821 | 2B | 519.41 | | 34,932.29 | C-2907203 |
| 05/01/2022 | maint-MAINTENANCE (05/2022) | 2B | 1,319.28 | | 36,251.57 | C-2939021 |
| 05/10/2022 | latef-Late Fee 5% @ 10th | 2B | 204.45 | | 36,456.02 | C-3075657 |
| 05/11/2022 | intchrg-INTEREST CHARGE Interest late fee for 05/2022 @10th | 2B | 1,125.12 | | 37,581.14 | C-3005100 |
| 06/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #1520-040822 | 2B | 1,188.50 | | 38,769.64 | C-2975770 |
| 06/01/2022 | maint-MAINTENANCE (06/2022) | 2B | 1,319.28 | | 40,088.92 | C-3122815 |
| 06/01/2022 | assretx-ASSESSMENT - R/E TAX (06/2022) | 2B | 1,427.43 | | 41,516.35 | C-3122816 |
| 07/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #1520-050622c | 2B | 2,128.50 | | 43,644.85 | C-3057650 |
| 07/01/2022 | legal-LEGAL The Freyberg Law Group Invoice #1520-06062022 | 2B | 1,450.29 | | 45,095.14 | C-3134214 |
| 07/01/2022 | maint-MAINTENANCE (07/2022) | 2B | 1,319.28 | | 46,414.42 | C-3207107 |



14

New York State Surrogate's Court
New York State Bar Association

OCA Official Form A-2
Administration Citation

File No. _____ **2022-4059**

SURROGATE'S COURT, NEW YORK COUNTY

## CITATION

**THE PEOPLE OF THE STATE OF NEW YORK,**
By the Grace of God Free and Independent

TO: **Denise Grabarnick,** 360 Central Park West, Unit 16-D, New York, New York 10025
**Ernest Petretti,** 445 41st Street, Brooklyn, New York 11232
**Public Administrator of New York County,** 31 Chambers Street, Room 314, New York, New York 10007
The New York State Department of Taxation and Finance;

A petition having been duly filed by **255 West 108th Street Corp.,** who is domiciled at c/o Douglas Elliman Property Management, 675 Third Avenue, New York, New York 10017.

**YOU ARE HEREBY CITED TO SHOW CAUSE** before the Surrogate's Court, New York County, at 31 Chamber's Street, New York, New York, on ___January 24___, 20 23 at _10_ o'clock in the late afternoon of that day, why a decree should not be made in the estate of **Marie Petretti** lately domiciled at **655 Palisade Avenue, Bridgeport, Connecticut 06610** in the County of **Fairfield** Connecticut, granting Letters of Administration upon the estate of the decedent to the **Public Administrator of New York County** or to such other person as may be entitled there to.

[ ] Further relief requested *(if any)*:

**\*To all Parties: No in-person appearances shall be made on the return date. If you wish to oppose the petition or file a cross-petition, you must notify the court in writing in accordance with the annexed New York County Surrogate's Court Notice to Cited Parties.**

Dated, Attested and Sealed,

___December 28, 2022___
Seal

HON. **RITA MELLA**
_____
Surrogate

**Diana Sanabria**
_____
Chief Clerk

_____
Signature of Attorney

**Michael J. Giusto**
Print Name of Attorney

**The Freyberg Law Group**
Firm Name

**(212) 986-0999**
Telephone

**950 Third Avenue, 31st Floor, New York, New York 10022**
Address

**mgiusto@freyberglaw.com**
Email *(optional)*

**NOTE:** This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney-at-law appear for you.



15

14.8 ◯

**SURROGATE'S COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
ATTORNEY(S) NEUFELD, O' LEARY & GIUSTO, ATTORNEYS AT LAW
370 LEXINGTON AVENUE, SUITE 908 NEW YORK, NY 10017 |  PH: (212) 986-0999

Index Number: 2022-4059

Court Date:  01/24/2023

RE: IN THE ESTATE OF MARIE PETRETTI

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

ANDRE MEISEL                , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on <u>1/4/2023</u>, at <u>3:49 PM</u> at <u>360 CENTRAL PARK WEST, UNIT 16-D, NEW YORK, NY 10025</u>, Deponent served the within **CITATION AND NOTICE TO CITED PARTIES** . On: <u>DENISE GRABARNICK</u> , <u>Respondent</u> therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of  is as follows:

**Sex**: Female     **Color of skin**: White     **Color of hair:** Gray     **Age**: 75
**Height**: 5ft4in-5ft8in     **Weight**: 100-130 Lbs.  **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on January 6, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
ANDRE MEISEL

Lic#  1372356

Job #: 2252213

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771*
*UNITED PROCESS SERVICE*

16



**SURROGATE'S COURT OF THE COUNTY OF NEW YORK**
ADMINISTRATION DEPARTMENT – ROOM 505
31 CHAMBERS STREET
NEW YORK, NY 10007
(646) 386-5005

## <u>NOTICE TO CITED PARTIES</u>

You have been served with a citation for a matter that is scheduled to be heard at a New York County Surrogate's Court calendar. Please be advised that, at this time, this court is serving the public and court users primarily through virtual or electronic appearances; in-person appearances are limited at this time.

The citation that you have received contains a return date. **Please do <u>not</u> appear in the courthouse on that date.** The following choices are available to you:

- **If you do not object to the relief requested, you do not need to contact the court or do anything else.**

- **If you do object to the relief sought on the citation, you or your lawyer must send a document to the court signed by you or your lawyer indicating that:**
  1. **You object to the relief and you wish to file a cross-petition requesting that Letters of Administration be granted to you or another person; OR**
  2. **You are requesting the opportunity to appear remotely (by using Microsoft Teams) or by telephone conference, or in person; OR**
  3. **You are requesting an adjournment to consult with or retain counsel.**

Your written response must be received by the court three (3) business days before the return date and must include either an email address or telephone number, or both, where you or your lawyer can be reached during business hours. Your communication to the court must be sent by email to: Administration_General@nycourts.gov and by mail addressed to the Administration Department of this court at the address listed above. The attorney for the petitioner must be copied in your communication.

If your written communication to the court indicates that you would like to proceed as described in choice number 1 above, your case may be referred to a court attorney-referee for a conference. The case will be adjourned to a future date, if you request the opportunity to appear in person or by electronic means or to consult or retain counsel (choices number 2 and 3).

**If you do not contact the court by the date on the citation, the record will reflect that you do not object to the relief requested.**

If an attorney plans to appear on your behalf, he or she must file a Notice of Appearance. This Notice must be filed by email to Administration_General@nycourts.gov and mail addressed to the Administration Department of this court at the address listed above or through the e-filing system (NYSCEF), at www.nycourts.gov/efile.

If you have questions about responding to the citation, you may contact the Administration Department at Administration_General@nycourts.gov. Please note that court staff are prohibited from giving legal advice but they are available to answer any question about procedure.

The Administration Department of the New York County Surrogate's Court

17

New York County Surrogate's Court
DATA ENTRY DEPT.

APR 21 2023

New York Surrogate's Court
OCA Official Form

Form A-6
Decree Appointing Administrator

At a Surrogate's Court of the State of New York
held in and for the County of New York, at New
York New York on 21st day of April, 2023

PRESENT:    HON. RITA MELLA, Surrogate.

ADMINISTRATION PROCEEDING, ESTATE OF
**MARIE PETRETTI**

Deceased.

**DECREE APPOINTING
ADMINISTRATOR**

File No. **2022-4059**

A petition having been filed by **255 W 108th Street Corp** praying that administration of the goods, chattels and credits of the above-named decedent be granted to **Public Administrator of New York County**; and all persons named in such petition, required to be cited, having been duly cited to show cause why such relief should not be granted or having duly waived the issuance of such citation and consented thereto; and it appearing that **Public Administrator of New York County** is in all respects competent to act as administrator of the estate of said deceased, and a

[ ]    a bond having been filed and approved in the amount of $_____.
[X]    a bond having been dispensed with;

and such representative(s) otherwise having qualified therefore; now, after due deliberation, with no one appearing in opposition thereto, it is

**ORDERED AND DECREED** that Letters of Administration issue to **Public Administrator of New York County**.

~~ORDERED AND DECREED, that the authority of such representative(s) be restricted in accordance with, and that letters herein issued contain, the limitation, if any, which appears immediately below.~~

HON. _____
~~Surrogate~~   SURROGATE

18

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X

Administration Proceeding

        Estate of Marie Petretti,

                  Deceased.
---------------------------------------------------------------X

File No. 2022-4059

**AFFIRMATION**

I, Michael J. Giusto, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following, under penalty of perjury:

1.    I am Of Counsel to The Freyberg Law Group, counsel for Petitioner 255 W 108th Street Corp. ("Petitioner") and make this affirmation in support of Petitioner's request for an Order pursuant to SCPA § 307(3)(c) permitting substitute service on Ernest Petretti, Jr. by delivery to a person of suitable age and discretion, to wit, personnel at his place of employment.

2.    Petitioner, a residential cooperative corporation in which Decedent owned shares and held a Proprietary Lease for Unit 2B (the "Unit"), is owed certain unpaid maintenance charges, late fees and counsel fees by the Estate of Decedent.

3.    The Unit is also presently occupied by an unapproved subtenant in violation of the Decedent's Proprietary Lease, and the subtenant has ignored Petitioner's demand that such rent be paid directly to Petitioner. A representative of the Decedent's Estate is required in order for Petitioner to address the unpaid fees and unapproved occupant.

4.    Petitioner has exercised reasonable due diligence in attempting to personally serve Ernest Petretti Jr., a distribute of decedent, without success.

5.    Petitioner's service attempts are as follows:

19

    a.    Petitioner first attempted service at the home address which had been identified for Mr. Petretti via a public records search, 445 41st Street, Brooklyn, New York 11232. The process server made three unsuccessful attempts to serve at this address, and noted that the premises appeared vacant. (Affidavit of Attempted Service is attached hereto as Exhibit "A.")

    b.    Additional public records research found an alternate address for Mr. Petretti of 503 Union Avenue, Rutherford, New Jersey 07070. Petitioner attempted service of process at that address, but was told by the neighbor that Ernest Petretti does not reside in Unit 503. (Affidavit of Attempted Service is attached hereto as Exhibit "B.")

    c.    Your Affirmant has attempted to reach Mr. Petretti via email, both to an address associated with Mr. Petretti and an address associated with the person with whom he co-owns 503 Union Avenue, Rutherford, New Jersey 07070. No response was received to either of these emails. (See Exhibit "C.")

    d.    Upon information and belief, Mr. Petretti is employed by the New York City Fire Department as a Captain in the Document Control Unit. (See evidence of employment attached hereto as Exhibit "D.") Petitioner attempted to serve Mr. Petretti at FDNY headquarters located at 9 MetroTech Center, Brooklyn, New York, but was not permitted to enter the building and building security refused to notify Mr. Petretti. (See Affidavit of Attempted Service attached hereto as Exhibit "E.")

    e.    On January 23, 2023, your deponent received an email communication from "George Pagan," who identified himself as "counsel to the

.

Petrettis" (there is no attorney named George Pagan admitted to practice in New York and, upon information and belief, Mr. Pagan is the unapproved occupant of the co-op unit for which Decedent was proprietary lessee). Although Mr. Pagan's email was quite erratic, I nonetheless asked whether he could arrange for Mr. Petretti to admit service of the citation. In an even more erratic response, he refused. (See email exchange attached as Exhibit "F.")

6.    Based upon the foregoing, Petitioner requests the issuance of a Second Supplemental Citation and an order permitting the same to be served upon Ernest Petretti, Jr. by substituted service upon a person of suitable age and discretion at New York City Fire Department New York, 9 MetroTech Center, Brooklyn, New York 11201.

Dated:    New York, New York
          February 1, 2023

                                        Michael J. Giusto

2 1