## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------)
DENISE PETRETTI,                                 )
        Plaintiff,                               )     Case No. 25-cv-06605-VSB-VF
                                                 )
        v.                                       )     Notice of Appearance
                                                 )
JAN JERICHO, SYLVIA P. TSAI, et al.,             )
        Defendants.                              )
-------------------------------------------------)
```

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record:

Please take notice that Sylvia P. Tsai, of the Law Offices of Fuqiang Zhang, P.C., hereby enters an appearance as counsel for Sylvia P. Tsai in the above-captioned matter. All future pleadings, correspondence, and other papers in connection with this action should be directed to the undersigned.

Date: October 2, 2025

                                                                   Respectfully submitted,

                                                                   /s/ Sylvia P. Tsai
                                                                   Sylvia P. Tsai
                                                                   Law Offices of Fuqiang Zhang, P.C.
                                                                   Address: 3907 Prince Street, Suite 4B
                                                                   Flushing, NY 11354
                                                                   Telephone: 718-321-7130
                                                                   Email: stsai@law-gz.com

**Certificate of Service**

I hereby certify that on this 2nd day of October 2025, I served a copy of this Notice of Appearance as Counsel on all parties or their counsel of record by First Class Mail.

Signature: /s/ Sylvia P. Tsai
Sylvia P. Tsai