UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Denise Petretti,

Plaintiff,

v.

Jericho, et al.,

Defendants.

Case No. 1:25-cv-06605-VSB-VF

# PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' IMPROPERLY SUBMITTED EXHIBITS

Plaintiff, proceeding pro se, respectfully moves this Court pursuant to Fed. R. Civ. P. 11(b), 12(f), and 56(c)(2) to strike Defendants' Exhibits [Dkt. Nos. ___] filed in connection with Defendants' Motion to Dismiss, on the following grounds:

## I. Lack of Authentication or Evidentiary Value

1. Defendants have submitted a collection of surrogate's court papers, including an unsigned "decree," a clerk-signed "letters of administration," and a supplemental citation. None of these documents bear a judicial signature, court seal, or certification.

2. Under Fed. R. Evid. 901, documents must be authenticated before being considered as evidence. These exhibits fail on their face and carry no evidentiary weight.

## II. Violation of Rule 11(b) – No Attorney Certification

3. Rule 11(b) requires that every paper filed in federal court be certified by counsel as having evidentiary support and legal sufficiency.

4. Defense counsel neither drafted nor filed these papers in surrogate's court, and cannot now vouch for their authenticity or accuracy. Submitting defective, unauthenticated papers constitutes improper "document dumping" and violates Rule 11.

## III. Improper "Blind Filing" – Prejudicial to Plaintiff

5. The exhibits are presented wholesale, without explanation of how each document supports standing or authority. Courts consistently disfavor "blind filings" that shift the burden to the Court and opposing party to guess at relevance. See Holtz v. Rockefeller & Co., 258 F.3d 62, 74 (2d Cir. 2001).

6. These submissions prejudice Plaintiff by forcing needless rebuttal of documents that, even if considered, establish no lawful standing or authority.

7. Unauthenticated and uncertified papers cannot establish standing or authority, and Defendants' reliance on such defective exhibits only underscores the impropriety of their Motion to Dismiss.

## IV. Relief Requested

For the foregoing reasons, Plaintiff respectfully requests that the Court:

- Strike Defendants' Exhibits [Dkt. Nos. ___] in their entirety;
- Direct that no unauthenticated surrogate's court documents be considered absent proper certification and proof of relevance;
- Grant such other and further relief as the Court deems just and proper.

Dated: October 3rd, 2025

Respectfully submitted,

*Denise Petretti*

Denise Petretti

Plaintiff, Pro Se

255 W. 108 Street Apt.2B

New York NY 10025

917 628-6097

[Email]