UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Denise Petretti,

Plaintiff,

v.

Jan Jericho, et al.,

Defendants.

RECEIVED SDNY PRO SE OFFICE 2025 OCT -3 AM 11:05

Case No. 1:25-cv-06605-VSB-VF

## NOTICE TO DEFENDANTS' COUNSEL REGARDING FUTURE SUBMISSIONS

Plaintiff, appearing pro se, hereby places Defendants' counsel on formal notice regarding future submissions in this matter:

1. Blind Submissions Prohibited

   Counsel is reminded that "blind" filings—submitted without clear explanation of their relevance—are improper. Fed. R. Civ. P. 7(b)(1)(B) requires that all motions "state with particularity the grounds for seeking the order."

2. Requirement of Relevance and Evidentiary Support

Any future filing must specifically identify its relevance, purpose, and evidentiary basis in this case. Fed. R. Evid. 401–403 require that submissions be relevant and not unfairly prejudicial.

3. Duty to Fairly Address Plaintiff's Allegations

Counsel must respond directly to Plaintiff's Declaration of Facts already on the docket. General denials or dismissive characterizations as "alleged" do not suffice. Fed. R. Civ. P. 8(b)(1)(B) requires that defenses "fairly respond to the substance of the allegation."

4. Proof of Standing, Authority, and Process Required

Any filing that fails to provide admissible proof of Defendants' standing, authority, or lawful process will be treated as non-responsive. Fed. R. Civ. P. 56(e)(2) authorizes the Court to consider unaddressed facts admitted when not properly rebutted.

5. Rebuttal Must Be Limited to Plaintiff's Declaration of Facts

Future responses must specifically and substantively address Plaintiff's Declaration of Facts. Submissions that stray into unrelated matters, repeat prior defective filings, or evade direct rebuttal will not satisfy Defendants' obligations under the Federal Rules.

---

Failure to comply with these requirements may subject counsel to appropriate remedies, including sanctions under Fed. R. Civ. P. 11.

Dated: October 3rd, 2025

New York, New York

Respectfully submitted,

*Denise Petretti*

Denise Petretti, Pro Se

Plaintiff