## AFFIRMATION OF SERVICE

ALIYAH PIMENTO being duly sworn, deposes, under penalty of perjury of the State of New York, which may include fine or imprisonment, says: I am not a party to this action am over 18 years of age and resident in the State of New Jersey. On 14th day of October, 2025, I served the within **Notice of Motion and Memorandum of Law with** *Unpublished Cases: Bravo v US Bank Nat Assn, Harte v City New Rochelle, Hodge v New York Unemployment, J and J Sports Productions Inc v La Parranda Mexicana Bar And Restaurante Co Inc., Jean-Baptiste v Montway LLC, Rimini v JP Morgan Chase And Co., Rosquist v. St Marks Realty Assoc LLC., Vazquez v. Parker, Voltaire v. Westchester County Department of Social Services and Whittingham v. Tress* upon:

Andrew Solomon
*Attorney for codefendant Sylvia P. Tsai*
39007 Prince Street
Suite 4B
Flushing, New York 11354

Denise Petretti
*(Pro se plaintiff)*
255 West 108th Street
Unit 2B
New York, New York 10025

those being the addresses designated by said attorneys for that purpose, by mail and/or depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of: the United States Post Office Department via mailing first class.

I understand that the foregoing may be used in an action or proceeding in a court of law.

_____
ALIYAH PIMENTO