UNITES STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DENISE PETRETTI,                                              Index No.: 25CV06605

                    Plaintiff,

   -against-                                                        AFFIRMATION OF SERVICE

JAN JERICHO, SYLVIA P. TSAI, AMELIA
AHNE-BLUME, MARCELA BAUM, PAUL
MAZZACANO, DIANA ERBSEN, MICHAEL
MANZI, SOLOMON E. JASKIEL, JOHN DOE 1,
and JOHN DOE 2,

                    Defendants.
----------------------------------------------------------x

      I, Allyson Lubell, Esq., an attorney admitted to the Courts of the State of New York, as well as, to the United States District Courts for the Southern and Eastern Districts of New York do hereby affirm under penalties of perjury that on November 17, 2025, I served a copy of Defendant's Affirmation In Reply, upon all other parties in this case by placing in a United States mailbox with proper postage and mailing said papers and its exhibits to pro se plaintiff, Denise Petretti, at the following address:

                Denise Petretti
                255 W. 108th St.
                Unit 2B
                New York, NY 10025

      On November 17, 2025, I also served said papers and exhibits to pro se plaintiff, Denise Petretti at the following email address: pet800@yahoo.com.

      On November 17, 2025, I also served said papers and exhibits to codefendant's attorney at the following email address:  Andrew Solomon  asolomon@law-gz.com

      I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated:  New York, New York
          November 18, 2025

                                                                 _____
                                                                 Allyson Lubell, Esq.