UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
            :
DENISE PETRETTI,           :
            :
          Plaintiff,    :
            :        25-CV-6605 (VSB)
    - against -           :
            :        **AMENDED ORDER**
            :        **OF REFERENCE**
JAN JERICHO, *et al.*,           :
            :
         Defendants.  :
            :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __X__ | Specific Non-Dispositive Motion/Dispute:<br><br>Motion for stay of proceedings and preservation of property (Doc. 27)<br><br>Emergency letter motion for stay of proceedings and preservation of property (Doc. 28) | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>_____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion:<br>_____ |

SO ORDERED.
Dated: November 24, 2025
New York, New York

Vernon S. Broderick
United States District Judge