UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DENISE PETRETTI,

*Plaintiff*,

v.

JERICHO, et al.,

*Defendants*.

**Case No. 1:25-cv-06605-VSB-VF**

AFFIDAVIT OF DENISE PETRETTI IN SUPPORT OF PLAINTIFF'S NOTICE AND IN OPPOSITION TO DEFENDANTS' UNTIMELY "AFFIRMATION IN REPLY"

I, Denise Petretti, being duly sworn, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in the above-captioned matter and submit this affidavit based on personal knowledge.

2. On October 17, 2025, I filed a timely and complete Affirmation in Opposition to Defendants' Motions to Dismiss, addressing both motions filed by Sylvia (October 1, 2025) and by Board/Amelia's counsel (October 13, 2025).

3. Under Federal Rule of Civil Procedure 12(a)(4) and Local Civil Rule 6.1(b), Defendants had seven (7) days from service of Plaintiff's Opposition to file a reply or seek leave for extension. No such request was made, and no extension was granted.

4. Despite the clear deadline, Defendants failed to file any reply within the permitted time. Their "Affirmation in Reply," dated November 17, 2025, was submitted over thirty (30) days after the deadline and is therefore procedurally defective.

5. Their submission contains no motion for leave, no explanation for the delay, no certified exhibits, and no admissible evidence. It does not meaningfully rebut the factual assertions or legal arguments set forth in Plaintiff's Opposition.

6. Prior to that late submission, on the morning of November 17, 2025, I filed and served my "Notice Requesting Judicial Ruling," outlining the full procedural record and documenting that briefing was complete.

7. The record reflects that Defendants failed to meet their obligations, and their attempt to now circumvent deadlines by filing an untimely and unsupported "reply" is improper.

8. I respectfully request that the Court disregard Defendants' untimely submission and proceed to rule on the pending Motion to Dismiss based on the fully briefed record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20 day of November, 2025

New York, New York

Respectfully,

*Denise Petretti*

Denise Petretti, Pro Se

Plaintiff