UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Petretti v. Jericho, et al

Case No. 25-CV-06605 (JPO) (VF)

RECEIVED
SDNY PRO SE OFFICE
2025 NOV 20 AM 11: 02

## PLAINTIFF'S SUBMISSION COVER SHEET

Date of Submission: Thursday, November 20, 2025

Submitted by: Denise Petretti, Plaintiff, Pro Se

## Included Filings (5 Documents):

1. PLAINTIFF'S FORMAL OBJECTION AND MOTION TO STRIKE DEFENDANTS' UNTIMELY "AFFIRMATION IN REPLY"

   Objecting to ECF No. 62 as procedurally improper under Local Rule 6.1(b) and Fed. R. Civ. P. 12(f)

2. AFFIDAVIT OF DENISE PETRETTI IN SUPPORT OF PLAINTIFF'S NOTICE AND IN OPPOSITION TO DEFENDANTS' UNTIMELY "AFFIRMATION IN REPLY"

   Sworn statement contesting the validity of Defendants' reply and procedural abuse

3. PLAINTIFF'S MOTION FOR INQUIRY INTO AMELIA AHNE-BAUM'S AUTHORITY AND DEMAND FOR REMEDIAL ACTION

   Request for court inquiry into Defendant's standing and notice of challenge to shared legal representation

4. PLAINTIFF'S SUPPLEMENTAL MEMORANDUM ON PREJUDICE AND JUDICIAL ECONOMY

   Emphasizing ongoing procedural harm and the need to enforce deadlines

5.  PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
    DEFENDANTS' MOTION TO DISMISS ON THE BASIS OF LACK OF STANDING,
    INTEREST, OR AUTHORITY

    Addressing Defendants' failure to rebut claims regarding standing, due process, and
    jurisdictional flaws

Dated: November 20, 2025

Respectfully submitted,

Denise Petretti, Pro se

Plaintiff

255 W. 108th Street, Apt. 2B

New York, NY 10025

(917) 123-4567