UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 NOV 24  AM 10: 43

Denise Petretti,

*Plaintiff*,

v.

Jericho, et al.,

*Defendants*.

Case No. 1:25-cv-06605

### PLAINTIFF'S NOTICE OF ORDER OF SUBMISSION MATERIALS

(For Chambers Review of August 19, 2025 Filings)

Plaintiff respectfully submits the following documents, arranged in the order requested by the Pro Se Intake Office and for the Court's convenience in reviewing the procedural clarification related to Plaintiff's Motion to Stay (Dkt. Nos. 27–28):

**I. Documents Submitted for Chambers Review**

1. Chambers Cover Letter

   (Clarification of Procedural Posture and Notice Regarding Docket Nos. 25–30)

2. Summary of August 19, 2025 Filings (Docket Nos, 25–30)

3. Packet Index for August 19, 2025 Filings

4. Procedural Timeline (August 4, 2025 – Present)

These documents collectively clarify the current procedural posture, confirm that the TRO has already been ruled upon, and identify the Motion to Stay as the sole relief presently pending before the Court.

## II. Documents Already on PACER (Not Re-Submitted)

For completeness, Plaintiff notes that the filings addressed herein were submitted on August 19, 2025, and appear on the docket as:

- Dkt. 25 – Declaration
- Dkt. 26 – Notice of Filing
- Dkt. 27 – Motion to Stay
- Dkt. 28 – Emergency Letter Motion for Stay
- Dkt. 29 – Proposed Order
- Dkt. 30 – Preliminary Damages Accounting

No additional copies of these filings are included unless the Pro Se Intake Office requests them.

Respectfully submitted,

Dated: November 24, 2025

---

Denise Petretti, Pro Se

Plaintiff

255 West 108th Street, Apt. 2B

New York, NY 10025