# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

DENISE PETRETTI,

Plaintiff,

v.

JERICHO, et al.,

Defendants.

Case No. 1:25-cv-06605 (VSB)(VF)

---

## PLAINTIFF'S SUPPLEMENTAL NOTICE REQUESTING JUDICIAL CLARIFICATION OF DEFENDANTS' AUTHORITY AND STANDING

Plaintiff, Denise Petretti, appearing pro se, respectfully submits this Supplemental Notice to request judicial clarification concerning the basis of Defendants' asserted authority and standing over Apartment 2B, 255 West 108th Street, New York, New York, and over matters purportedly related to the Estate of Marie Petretti.

This Notice is submitted in continuation of Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (ECF No. 80), as well as Plaintiff's prior Notice of Status Inquiry and Request for Ruling, and is intended solely to clarify the existing record before the Court.

## Background and Record Clarification

1. In their submissions before this Court, Defendants have relied upon documents they characterize as originating from the New York County Surrogate's Court, Index No. 2022-4059, including references to a "Citation," a "Decree," and "Letters of Administration."
2. To date, Defendants have not produced any certified, authenticated, or court-entered copies of these documents, nor have they identified any docket entry, filing stamp, or official state court record establishing their lawful issuance.
3. Plaintiff has been unable to locate any certified judgment, decree, or adjudication entered by a state court establishing lawful standing, authority, or jurisdiction over Apartment 2B or Plaintiff's possessory or property interests.
4. The absence of any certified or verifiable state court record raises a material question as to whether any lawful state action occurred sufficient to support Defendants' conduct or to preclude this Court's jurisdiction.

## Request for Judicial Clarification

Accordingly, Plaintiff respectfully requests that the Court:

(a) Direct Defendants to identify, by reference to an existing docket entry or certified court record, the source of any lawful authority, standing, or jurisdiction upon which their actions were based; or

(b) In the absence of such identification, recognize that no certified authority appears of record, and proceed with adjudication based on the existing record.

### Observation Regarding Prior Filings and Defendants' Conduct

Plaintiff respectfully notes that immediately following the filing of Docket Entries 11 through 14 on August 28, 2025 — including Plaintiff's Emergency Motion to Stay and the accompanying sworn Declarations and Memoranda of Law — all actions by Defendants to enforce or execute the alleged eviction ceased.

No further entry, removal, or possession activity has occurred since those filings. These filings have not been rebutted or opposed by any Defendant and remain unrebutted on the docket. The cessation of enforcement activity following those filings coincides with the pendency of this federal action.

### Good-Faith Submission

Plaintiff submits this Supplemental Notice in good faith and solely for purposes of ensuring clarity of the record and the orderly administration of justice. Plaintiff does not seek to introduce new claims or arguments, but only to clarify the evidentiary basis, if any, for Defendants' asserted authority already referenced in their filings.

Respectfully submitted,

*Denise Grabarnik*

Denise Petretti

Plaintiff, Pro Se

255 West 108th Street, Apt. 2B

New York, NY 10025

917 628-6097

denisepetretti@icloud.com


Dated: February 5, 2026

New York, New York