UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                  :

DENISE PETRETTI,                      :

                                  :

                      Plaintiff,    :                   25-CV-6605 (VSB)

                                  :

              -against-         :

                                  :        **SECOND AMENDED**

JAN JERICHO, et al.,             :        **ORDER OF REFERENCE**

                                  :

                    Defendants.   :

                                  :

-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __X__ | Specific Non-Dispositive Motion/Dispute: (Docs. 27, 28.) | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | __X__ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: All Motions |

SO ORDERED.
Dated:      April 30, 2026
             New York, New York

                                        Vernon S. Broderick
                                        United States District Judge