**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENISE PETRETTI,<br>Plaintiff,<br><br>v.<br><br>JAN JERICHO, SYLVIA P. TSAI, et al.,<br>Defendants. | **Case No. 25-cv-06605-VSB-VF**<br><br>**Motion to Dismiss** |

**AFFIDAVIT OF ANDREW D. SOLOMON, ESQ.**
**Regarding Authentication of Exhibits**

STATE OF NEW YORK )
COUNTY OF QUEENS ) ss.:

I, Andrew D. Solomon, being duly sworn, depose and state as follows:

1. I am an attorney who is admitted to practice law in New York State and in the federal district court for the Southern District of New York. I am counsel for defendant Sylvia P. Tsai ("Ms. Tsai") in this action.

2. I submit this affidavit in support of Ms. Tsai's Motion to Dismiss this action. Motion to Dismiss, ECF Doc. 44.

3. I have personal knowledge of the matters stated in this affidavit and, if called as a witness, could testify competently to them.

4. On October 1, 2025, I filed the Motion To Dismiss. I attached three sets of exhibits to the Motion (collectively, the "Exhibits" and individually an "Exhibit"):

Exhibit A: Documents filed with Surrogate's Court, New York County, File No. 2022-4059; Administration Proceeding for the Estate of Marie Petretti (the "Surrogate's Court Documents");

Exhibit B: Documents filed with the New York City Housing Court, New York County, Index No. 318738-24/NY; 255 West 108th Street Corp. v. Jorge Pagan (the "Housing Court Documents"); and

Exhibit C: Order of Dismissal, Southern District of New York, Case No. 25-cv-05550-JHR; Jorge Pagan v. Amelia Ahne, et al. (the "Order of Dismissal").

5. On September 29, 2026, U.S. District Judge Vernon S. Broderick ruled that he could take judicial notice of the Exhibits, but that "it is inappropriate to consider the contents of such documents for the truth of the matters asserted therein at this stage of the litigation." See Opinion & Order, ECF No. 83. Judge Broderick struck the Exhibits because I had not authenticated them.

6. In this Affidavit, I will attempt to authenticate the Exhibits.

7. In September 2025, I obtained copies of the Surrogate's Court Documents on the Internet from Web Surrogate. The records are maintained by the Surrogate's Court. See the attached File History. My law firm did not participate in the Surrogate's Court proceeding. Here are the Surrogate's Court Documents that I obtained from Web Surrogate for the Motion to Dismiss:

Petition for Letters of Administration, filed July 28, 2022;
Affirmation of Attorney Michael J. Giusto, filed July 28, 2022;
Fourteen-Day Demand Notice to Tenant, filed July 28, 2022;
Cooperative Building Ledger, filed July 28, 2022;
Citation, signed December 28, 2022;
Affidavit of Service of Citation for Denise Grabarnick, filed January 6, 2023;
Notice to Cited parties, filed December 28, 2022;
Decree Appointing Administrator, entered April 21, 2023; and
Affirmation of Attorney Michael J. Giusto, dated February 1, 2023.

8. In September 2025, I obtained copies of the Housing Court Documents on the Internet from NYSCEF. The records are maintained by the Housing Court. See the attached Document List. My law firm and I represented the petitioner in the Housing Court proceeding. Here are the Housing Court Documents that I obtained from NYSCEF for the Motion to Dismiss:

Verified Holdover Petition (NYSCEF No. 1);
Ninety-Day Notice of Termination (NYSCEF No. 3);
Affidavit of Service of Petition for Denise Petretti (NYSCEF No. 5);
Agreement between Public Administrator and Cooperative Corporation (NYSCEF No. 14);
Agreement for the Assignment of Causes of Action (NYSCEF No. 14);

Stipulation of Settlement (NYSCEF No. 20);
Landlord and Tenant Judgment (NYSCEF No. 22);
Notice of Eviction (NYSCEF No. 23);
Order to Show Cause to Restore to Possession (NYSCEF No. 29);
Decision/Order (NYSCEF No. 32); and
Affirmation of Petitioner (NYSCEF No. 10).

9. On January 23, 2025, I filed a motion for partial summary judgment in Housing Court. With my motion, I filed the following documents from the Surrogate's Court proceeding for the Estate of Marie Petretti:

Petition for Letters of Administration (NYSCEF No. 11);
Affirmation of Attorney Michael J. Giusto, dated July 14, 2022 (NYSCEF No. 12);
Surrogate's Decree Appointing Administrator (NYSCEF No. 13); and
Affidavit of Service of Citation for Denise Grabarnick (NYSCEF No. 17).

10. In September 2025, I obtained a copy of the Order of Dismissal, dated August 8, 2025, on the Internet from PACER for the S.D.N.Y. (ECF Doc. 16).

11. I compared each Exhibit with the corresponding record obtained from Web Surrogate, NYSCEF, or PACER.

12. Each Exhibit is a true and correct copy of the corresponding court record obtained from Web Surrogate, NYSCEF, or PACER.

13. I did not alter, modify, or supplement any Exhibit.

14. The docket number, captions, filing dates, signatures, seals, and other identifying information appearing on the Exhibits are as they appeared on the records obtained from Web Surrogate, NYSCEF, or PACER.

15. The Exhibits are the records that Ms. Tsai intends to submit in support of her Motion to Dismiss.

16. I reviewed the Exhibits, and to the best of my knowledge and belief, my description of the Exhibits set forth in the accompanying Memorandum of Law are true and accurate.

17. I declare under penalty of perjury that the foregoing is true and correct.

Andrew D. Solomon, Esq.

Attorney for Sylvia P. Tsai
Address: 3907 Prince Street, Suite 4B, Flushing, NY 11354
Telephone: 718-321-7006; Email: asolomon@law-gz.com

Date: September 30, 2026

Subscribed and sworn to before me on September 30, 2026,

Notary Public

QINGLING MENG
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ME0053912
Qualified in Queens County
Commission Expires 09/01/2030

New York State Unified Court System

WebSurrogate

## File History

Close

HELP

**New York County Surrogate's Court**
**2022-4059 - Marie Petretti**

Proceeding: **ADMINISTRATION PETITION**
Letters: **LETTERS OF ADMINISTRATION**
Estate Attorney:
Estate Attorney Firm:

Estate Closed: **N**
File Date: **11/03/2022**

Disposed: **04/21/2023**
Letters Issued: **04/21/2023**
Judge: **HILARY GINGOLD**

**Related Files** ***(Link provided to view file, if content is available for Public View.)***

2022-4059/A 2022-4059/B

| Party | Role | DOD (Date of Death) | Appointed | Active |
|---|---|---|---|---|
| 255 West 108th Street Corp. | PETITIONER | | | N |
| Petretti, Denise | MOVANT | | | N |
| Petretti, Marie | DECEDENT | 03/14/2018 | | N |
| Public Administrator of the County of New York | ADMINISTRATOR | | 04/21/2023 | Y |

**Documents** ***(Link provided to view document, if content is available for Public View.)***

*Click on Document name to view content. Click on column heading to sort by Document name or Doc Filed date.*

**Links are provided to view unrestricted documents after 02/19/2014 ONLY. Go to Home page for more information.**

Currently the database only covers files from 1964-present and is not complete before 1990. Please contact the court if you have any questions or if you need accurate page counts for certified copies.

| Document | Comments | QTY | Doc Filed ▲ | Signed Date |
|---|---|---|---|---|
| ADMINISTRATION PETITION | | 1 | 07/28/2022 | |
| AFFIRMATION OF ATTORNEY | | 1 | 07/28/2022 | |
| ATTORNEY CERTIFICATION 207.4(B) | | 1 | 07/28/2022 | |
| CITATION (PROPOSED) | | 1 | 07/28/2022 | |
| DEATH CERTIFICATE | | 1 | 07/28/2022 | |
| EXHIBITS | | 1 | 07/28/2022 | |
| EXHIBITS | | 1 | 07/28/2022 | |
| EXHIBITS | | 1 | 07/28/2022 | |
| EXHIBITS | | 1 | 07/28/2022 | |
| REQUEST FOR SURROGATES COURT ACTION PROCEEDING RELIEF | | 1 | 07/28/2022 | |
| CORRESPONDENCE | COURT EFILED-2022-11-07 | 1 | 11/03/2022 | |
| AFFIRMATION | COURT EFILED-2022-11-29 | 1 | 11/29/2022 | |
| CITATION | PROPOSED | 1 | 12/07/2022 | |
| CITATION | COURT EFILED-2022-12-28 | 1 | 12/28/2022 | |
| NOTICE TO CITED PARTIES | COURT EFILED-2022-12-28 | 1 | 12/28/2022 | |
| AFFIDAVIT OF SERVICE | | 1 | 01/04/2023 | |
| NOTICE OF APPEARANCE | COURT EFILED-2023-01-04 | 1 | 01/04/2023 | |
| AFFIDAVIT OF SERVICE | | 1 | 01/05/2023 | |
| AFFIDAVIT OF SERVICE | | 1 | 01/06/2023 | |
| CITATION - SUPPLEMENTAL | | 1 | 01/18/2023 | |
| CORRESPONDENCE | REQUESTING ADJOURNMENT COURT EFILED-2023-01-18 | 1 | 01/18/2023 | |
| CORRESPONDENCE | | 1 | 01/18/2023 | |
| PROPOSED CITATION | SUPPLEMENTAL COURT EFILED-2023-01-18 | 1 | 01/18/2023 | |
| CITATION - SUPPLEMENTAL | COURT EFILED-2023-01-25 | 1 | 01/25/2023 | |
| ATTORNEY AFFIRMATION | REQ. SUBSTITUTED SERVICE | 1 | 02/03/2023 | |
| CITATION - SUPPLEMENTAL | PROPOSED | 1 | 02/03/2023 | |
| EXHIBIT A | | 1 | 02/03/2023 | |
| EXHIBIT B | | 1 | 02/03/2023 | |
| EXHIBIT C | | 1 | 02/03/2023 | |
| EXHIBIT D | | 1 | 02/03/2023 | |
| EXHIBIT E | | 1 | 02/03/2023 | |
| EXHIBIT F | | 1 | 02/03/2023 | |
| PROPOSED DECREE OR ORDER | SUB. SERVICE ORDER | 1 | 03/03/2023 | |
| ORDER FOR SERVICE BY PUBLICATION | COURT EFILED-2023-03-07 | 1 | 03/07/2023 | 03/07/2023 |
| CITATION - SUPPLEMENTAL | 2ND COURT EFILED-2023-03-13 | 1 | 03/13/2023 | |
| AFFIDAVIT OF SERVICE | | 1 | 03/22/2023 | |
| AFFIDAVIT OF SERVICE | | 1 | 04/03/2023 | |
| NOTICE OF SETTLEMENT | | 1 | 04/03/2023 | |

| Document | Comments | QTY | Doc Filed ▲ | Signed Date |
|---|---|---|---|---|
| DECREE | APPOINTING ADMINISTRATOR COURT EFILED-2023-04-21 | 1 | 04/21/2023 | 04/21/2023 |
| LETTERS OF ADMINISTRATION | ORIG PU 04/24/2023 BY PUBLIC ADMIN | 1 | 04/21/2023 | |
| AFFIDAVIT OF DENISE GRABARNICK | | 1 | 03/19/2026 | |
| AFFIRMATION OF SERVICE | | 1 | 03/19/2026 | |
| MEMORANDUM OF LAW | IN SUPPORT | 1 | 03/19/2026 | |
| MEMORANDUM OF LAW | IN SUPPORT | 1 | 03/19/2026 | |
| NOTICE OF MOTION TO VACATE DECREE | RET 3/27/26; DENISE GRABARNICK SELF REPRESENTED | 1 | 03/19/2026 | |
| SUPPLEMENTAL AFFIDAVIT OF DENISE GRABARNICK | | 1 | 03/19/2026 | |
| AMENDED NOTICE OF MOTION | | 1 | 03/20/2026 | |
| AFFIDAVIT OF SERVICE | | 1 | 04/20/2026 | |
| AFFIRMATION IN OPPOSITION TO MOTION | JONATHAN R JEREMIAS, ESQ | 1 | 04/20/2026 | |
| EXHIBIT A | COPY - AFFIRMATION OF MICHAEL J GIUSTO, ESQ, 07/14/2022 | 1 | 04/20/2026 | |
| EXHIBIT B | COPY - CITATION, DATED 12/28/2022 | 1 | 04/20/2026 | |
| EXHIBIT C | COPY - AFFIDAVIT OF SERVICE, 01/06/2023 | 1 | 04/20/2026 | |
| EXHIBIT D | EMAILS, 01/2023 | 1 | 04/20/2026 | |
| EXHIBIT E | COPY - DECREE GRANTING ADMINISTRATOR, 04/21/2023 | 1 | 04/20/2026 | |
| EXHIBIT F | COPY - AFFIRMATION OF ANDREW D SOLOMON, 01/23/2025, CIVIL COURT FILING | 1 | 04/20/2026 | |
| EXHIBIT G | COPY - AFFIRMATION OF JAN JERICHO, 01/22/2025, CIVIL COURT FILING | 1 | 04/20/2026 | |
| EXHIBIT H | COPY - JUDGMENT OF POSSESSION, 02/13/2025, CIVIL COURT | 1 | 04/20/2026 | |
| EXHIBIT I | COPY - VERIFIED COMPLAINT, 08/11/2025, SDNY FILING | 1 | 04/20/2026 | |
| EXHIBIT J | COPY - AMENDED VERIFIED COMPLAINT, 07/21/2025, SDNY | 1 | 04/20/2026 | |
| MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION SEEKING VACATUR OF THE DECREE | | 1 | 04/20/2026 | |
| AFFIDAVIT OF SERVICE - COPY | FILED VIA NYSCEF (3-26-26) DTD 4-21-26 | 1 | 04/22/2026 | |
| AFFIDAVIT OF SERVICE - ORIGINAL | FILED VIA NYSCEF (3-26-26) DTD 4-21-26 [STACI A. GRABER) | 1 | 04/22/2026 | |
| CONSENT TO CHANGE ATTORNEY | SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP | 1 | 04/22/2026 | |
| AFFIRMATION OF SERVICE OF AMENDED NOTICE OF MOTION | COURT EFILED-2026-04-23 | 1 | 04/23/2026 | |
| AMENDED NOTICE OF MOTION | MOVANT DG | 1 | 04/23/2026 | |
| CORRESPONDENCE | SUPPLEMENTAL SUBMISSION COURT EFILED-2026-04-23 | 1 | 04/23/2026 | |
| SUPPLEMENTAL AFFVD IN SUPPORT | MOVANT DG | 1 | 04/23/2026 | |
| WORD COUNT | | 1 | 04/23/2026 | |
| ADMISSION OF SERVICE | STACI GRABER, ESQ. | 1 | 04/24/2026 | |
| WORD COUNT - AFFIRMATION IN SUPPORT OF OPPOSITION | DTD 4/23/25 | 1 | 04/24/2026 | |
| WORD COUNT - MEMO OF LAW IN OPPOSITION | DTD 4/23/25 | 1 | 04/24/2026 | |
| WORD COUNT - REVISED | MEMO OF LAW | 1 | 04/27/2026 | |
| WORD COUNT - REVISED | AFFIRMATION IN SUPPORT | 1 | 04/27/2026 | |
| CLERK TO NOTIFY | | 1 | 07/20/2026 | |
| ORDER SETTING DEADLINE FOR SUBMISSION | | 1 | 07/20/2026 | 07/20/2026 |
| AFFIDAVIT OF SERVICE | | 1 | 08/31/2026 | |
| AFFIRMATION IN OPPOSITION TO MOTION | PUBLIC ADMINISTRATOR | 1 | 08/31/2026 | |
| EXHIBIT A | AFFIRMATION | 1 | 08/31/2026 | |
| EXHIBIT B | PROPERTY MANAGEMENT LEDGER | 1 | 08/31/2026 | |
| EXHIBIT C | CITATION | 1 | 08/31/2026 | |
| EXHIBIT D | AFFIDAVIT OF SERVICE | 1 | 08/31/2026 | |
| EXHIBIT E | NOTICE FROM MARSHAL | 1 | 08/31/2026 | |
| WORD COUNT CERTIFICATION | | 1 | 09/03/2026 | |
| AFFIRMATION OF SERVICE | | 1 | 09/10/2026 | |
| EXHIBIT A | ANNUAL STATEMENT | 1 | 09/10/2026 | |
| REPLY AFFIDAVIT IN SUPPPORT OF MOTION TO VACATE | | 1 | 09/10/2026 | |

**WebSurrogate** Terms of Use

NYSCEF
New York County Civil Court - Landlord and Tenant Division

**Document List**
**Case # LT-318738-24/NY**

Created on:09/29/2026 04:25 PM

Case Caption: **255 West 108 Corp v. Jorge L PAGAN et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | PETITION<br>Holdover petition | Processed | 10/24/2024 | Tsai, S. |
| 2 | NOTICE OF PETITION - HOLDOVER<br>Notice of Petition with Covid Notice | Processed | 10/24/2024 | Tsai, S. |
| 3 | EXHIBIT(S) - A<br>90 Notice of Termination with Good Cause Eviction Addendum and AOS | Processed | 10/24/2024 | Tsai, S. |
| 4 | NOTICE OF PETITION - ASSIGNED | Processed | 10/30/2024 | Court User |
| 5 | AFFIDAVIT/AFFIRMATION OF SERVICE OF PETITION/NOTICE OF PETITION | Processed | 11/08/2024 | Tsai, S. |
| 6 | AFFIDAVIT OF UNAVAILABILITY | Processed | 11/13/2024 | Court User |
| 7 | ANSWER (SELF-REPRESENTED) | Processed | 11/19/2024 | Court User |
| 8 | NOTICE OF MOTION (Motion #1)<br>Motion to Amend Caption and for Partial Summary Judgment | Processed | 01/23/2025 | Solomon, A. |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #1)<br>Attorney Affirmation in Support of Motion | Processed | 01/23/2025 | Solomon, A. |
| 10 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #1)<br>Petitioner's Affirmation in Support of Motion | Processed | 01/23/2025 | Solomon, A. |
| 11 | EXHIBIT(S) - A (Motion #1)<br>Administration Petition | Processed | 01/23/2025 | Solomon, A. |
| 12 | EXHIBIT(S) - B (Motion #1)<br>Affirmation of Attorney MJG | Processed | 01/23/2025 | Solomon, A. |
| 13 | EXHIBIT(S) - C (Motion #1)<br>Surrogate's Decree Appointing Administrator | Processed | 01/23/2025 | Solomon, A. |
| 14 | EXHIBIT(S) - D (Motion #1)<br>Assignment of Claim Agreement | Processed | 01/23/2025 | Solomon, A. |
| 15 | EXHIBIT(S) - E (Motion #1)<br>Holdover Petition | Processed | 01/23/2025 | Solomon, A. |
| 16 | EXHIBIT(S) - F (Motion #1)<br>Respondent's Answer | Processed | 01/23/2025 | Solomon, A. |
| 17 | EXHIBIT(S) - G (Motion #1)<br>Affidavit of Service of Administration Citation | Processed | 01/23/2025 | Solomon, A. |
| 18 | EXHIBIT(S) - H (Motion #1)<br>Proposed Amended Holdover Petition (Caption) | Processed | 01/23/2025 | Solomon, A. |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1)<br>Affirmation of Service of Motion | Processed | 01/23/2025 | Solomon, A. |
| 20 | STIPULATION - SO ORDERED | Processed | 02/14/2025 | Court User |
| 21 | WARRANT REQUISITION AFTER TRIAL | Processed | 02/14/2025 | Guida, E. |

NYSCEF
New York County Civil Court -
Landlord and Tenant Division

**Document List**
**Case # LT-318738-24/NY**

Created on:09/29/2026 04:25 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 22 | JUDGMENT OF POSSESSION<br>Warrant issued on 6/2/2025 to Marshal Guida Jr. | Processed | 03/10/2025 | Court User |
| 23 | NOTICE OF EVICTION<br>14 DAY NOTICE OF EVICTION | Processed | 06/25/2025 | Guida, E. |
| 24 | NOTICE OF MOTION *Corrected* | Returned For Correction | 06/26/2025 | Pagan, J. (Pro Hac / Pro Se) |
| 25 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION *Corrected* | Returned For Correction | 06/26/2025 | Pagan, J. (Pro Hac / Pro Se) |
| 26 | AFFIDAVIT OF FACTS<br>MEMORANDUM OF LAW | Processed | 06/26/2025 | Pagan, J. (Pro Hac / Pro Se) |
| 27 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affidavit in Support of Motion to Vacate Judgment | Processed | 06/26/2025 | Pagan, J. (Pro Hac / Pro Se) |
| 28 | LETTER/CORRESPONDENCE - TO COURT<br>SUPPLEMENTAL STATEMENT OF THE PROCEDURAL ABUSE AND CONCEALMENT | Processed | 06/27/2025 | Pagan, J. (Pro Hac / Pro Se) |
| 29 | ORDER TO SHOW CAUSE-SIGNED (LC) | Processed | 08/05/2025 | Court User |
| 30 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE<br>affirmation in opposition to OSC | Processed | 08/06/2025 | Tsai, S. |
| 31 | EXHIBIT(S) - 1<br>decree | Processed | 08/06/2025 | Tsai, S. |
| 32 | DECISION/ORDER | Processed | 08/07/2025 | Court User |
| 33 | NOTICE OF ENTRY | Processed | 08/07/2025 | Tsai, S. |
| 34 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS for notice of entry | Processed | 08/07/2025 | Tsai, S. |

CLOSED,ECF,PRO-SE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25-cv-05550-JHR

Pagan v. Ahne et al
Assigned to: Judge Jennifer H. Rearden
Cause: 28:1331rr Fed. Question: Real Property

Date Filed: 07/07/2025
Date Terminated: 08/08/2025
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jorge Pagan** represented by **Jorge Pagan**
255 W. 108th Street
New York, NY 10025
(917) 285-1952
PRO SE

V.

**Defendant**

**Amelia Ahne**
*individually and in their official or corporate capacities*

**Defendant**

**Jan Jericho**
*individually and in their official or corporate capacities*

**Defendant**

**Sylvia Tsai**
*individually and in their official or corporate capacities*

**Defendant**

**John Does 1-10**

**Defendant**

**255 W. 108 Street Corp.**

**Defendant**

**Solomon E. Jaskiel**

**Defendant**

**Marcela Baum**

**Defendant**

**Diana Erbsen**

**Defendant**

**Paul Mazzacano**

**Defendant**

**Michael Manzi**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2025 | 1 | COMPLAINT against Amelia Ahne, John Does 1-10, Jan Jericho, Sylvia Tsai. (Filing Fee $ 405.00, Receipt Number 41244) Document filed by Jorge Pagan. (sac) (Entered: 07/10/2025) |
| 07/07/2025 | 2 | CIVIL COVER SHEET filed. (sac) (Entered: 07/10/2025) |
| 07/07/2025 | | Case Designated ECF. (sac) (Entered: 07/10/2025) |
| 07/07/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sac) (Entered: 07/10/2025) |
| 07/07/2025 | 3 | UNSIGNED ORDER TO SHOW CAUSE filed by Jorge Pagan. (sac) (Entered: 07/10/2025) |
| 07/07/2025 | 4 | DECLARATION of Jorge Pagan in Support re: 3 Order to Show Cause - Unsigned. Document filed by Jorge Pagan. (sac) (Entered: 07/10/2025) |
| 07/07/2025 | 5 | SUMMONS ISSUED as to Amelia Ahne, Jan Jericho, Sylvia Tsai. (sac) (Entered: 07/10/2025) |
| 07/10/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self-represented party who has not consented to electronic service, the filing party must serve the document on such self-represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (sac) (Entered: 07/10/2025) |
| 07/10/2025 | 6 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will |

| | | |
|---|---|---|
| | | also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 03/18/2024) (sac) (Entered: 07/10/2025) |
| 07/11/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Jorge Pagan 255 W. 108th Street New York, NY 10025. (mjy) (Entered: 07/11/2025) |
| 07/17/2025 | 7 | MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY PURSUANT TO FED. R. CIV. P. 26(d)(1). Document filed by Jorge Pagan. (jjc) (Entered: 07/18/2025) |
| 07/17/2025 | 8 | MOTION for Permission for Jorge Pagan to participate in electronic case filing in this case. Document filed by Jorge Pagan. (jjc) (Entered: 07/21/2025) |
| 07/21/2025 | 9 | AMENDED VERIFIED COMPLAINT FOR DECLARATORY ANDINJUNCTIVE RELIEF, AND DAMAGES amending 1 Complaint against 255 W. 108 Street Corp., Amelia Ahne, Marcela Baum, John Does 1-10, Diana Erbsen, Solomon E. Jaskiel, Jan Jericho, Michael Manzi, Paul Mazzacano, Sylvia Tsai.Document filed by Jorge Pagan. Related document: 1 Complaint..(rro) (Entered: 07/23/2025) |
| 07/21/2025 | 10 | MOTION TO BAR ATTORNEY MICHAEL GIUSTO AND ASSOCIATED FIRMFROM PARTICIPATION. Document filed by Jorge Pagan..(rro) (Entered: 07/23/2025) |
| 07/24/2025 | | AMENDED SUMMONS ISSUED as to Diana Erbsen. (vn) (Entered: 07/25/2025) |
| 07/24/2025 | | AMENDED SUMMONS ISSUED as to Paul Mazzacano. (vn) (Entered: 07/25/2025) |
| 07/24/2025 | | AMENDED SUMMONS ISSUED as to Solomon E. Jaskiel. (vn) (Entered: 07/25/2025) |
| 07/24/2025 | | AMENDED SUMMONS ISSUED as to Michael Manzi. (vn) (Entered: 07/25/2025) |
| 07/24/2025 | | AMENDED SUMMONS ISSUED as to 255 W. 108 Street Corp. (vn) (Entered: 07/25/2025) |
| 07/24/2025 | | AMENDED SUMMONS ISSUED as to Marcela Baum. (vn) (Entered: 07/25/2025) |
| 07/28/2025 | 11 | DECLARATION REGARDING THE BOARD'S PROLONGED MISCONDUCT, PRIOR WARNINGS, AND DELIBERATE INACTION. Document filed by Jorge Pagan. (mml) (Entered: 07/30/2025) |
| 08/04/2025 | 12 | DECLARATION OF JORGE PAGAN REGARDING AMELIA AHNE-BLUME. Document filed by Jorge Pagan. (vfr) (Entered: 08/04/2025) |
| 08/04/2025 | 13 | DECLARATION REGARDING BOARD MISCONDUCT AND PATTERN OF CONSPIRATORIAL INACTION. Document filed by Jorge Pagan. (vfr) (Entered: 08/04/2025) |
| 08/04/2025 | | SUMMONS ISSUED as to Amelia Ahne, Jan Jericho, Sylvia Tsai. (caf) (Entered: 08/11/2025) |
| 08/08/2025 | 14 | EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND STAY OF STATE COURT ENFORCEMENT. Document filed by Jorge Pagan.(vn) (**Refer to ECF Rule 13.19(b) and (c) for directions regarding promptly alerting the court to this filing.**<br><br>) (Entered: 08/08/2025) |

SDNY CM/ECF NextGen Version 1.8.5

| | | |
|---|---|---|
| 08/08/2025 | 15 | PROPOSED TEMPORARY RESTRAINING ORDER. Document filed by Jorge Pagan. Related Document Number: 14 . (vn) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/08/2025) |
| 08/08/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 15 Proposed Temporary Restraining Order was reviewed and approved as to form. (nd)** (Entered: 08/08/2025) |
| 08/08/2025 | 16 | ORDER OF DISMISSAL : For the reasons stated above, the Court DISMISSES the Complaint for lack of subject matter jurisdiction. Leave to amend the Complaint is DENIED. The Clerk of Court is directed to close this case. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 8/8/2025) (jca) (Entered: 08/08/2025) |
| 08/08/2025 | 17 | EMERGENCY DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND STAY OF STATE COURT ENFORCEMENT. Document filed by Jorge Pagan. (jca) (Entered: 08/11/2025) |
| 08/11/2025 | | MAILING RECEIPT: Document No: 16. Mailed to: Jorge Pagan 255 W. 108th Street New York, NY 10025. (nb) (Entered: 08/11/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/29/2026 16:27:32 | | | |
| **PACER Login:** | andeso59 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-05550-JHR |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |